IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNIE FOREMAN,

    Plaintiff,

v.                                               No. 13-cv-0125 RB/SMV

CAMP THUNDERBIRD ASS'N,
JIM SMITH, and
FLOYD PAGE,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 10], filed March 8, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 14], filed March 25, 2013.

                                                                _____
                                                                STEPHAN M. VIDMAR
                                                                United States Magistrate Judge