## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DONNIE FOREMAN,

    Plaintiff,

v.                                              No. 13-cv-0125 RB/SMV

CAMP THUNDERBIRD ASS'N,
JIM SMITH, and
FLOYD PAGE,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on May 2, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **June 3, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                       _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**